UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BRUNO ERNST,
   Plaintiff,

  vs.                             No. 05-1080

JEROME MITCHELL,

  Defendant.

### ORDER

     The plaintiff has not responded to Defendant Mitchell's Amended Motion for Summary Judgment (d/e 37). In fact, mail to the plaintiff has been returned has undeliverable, and Defendant has not been able to locate the plaintiff to obtain his signature to authorize release of his medical records.

     Defendant's proposed facts are supported by the record and accepted as true, because the plaintiff has failed to respond. *See* Central District of Illinois Local Rule 7.1(D)(2)(". . .[F]ailure to respond shall be deemed an admission of the motion [for summary judgment]."); Rule 56 Notice, d/e's 29, 38; *Smith v. Lamz*, 321 F.3d 680, 682-83 (7th Cir. 2003), *quoting Bordelon v. Chicago Sch. Reform Bd. of Trustees*, 233 F.3d 524, 529 (7th Cir. 2000)( . . . "[F]ailure to respond by the nonmovant as mandated by the local rules results in an admission. . . ." (citation omitted)).

     Defendant's motion shows that he bears no personal responsibility for the medical treatment of which the plaintiff complains. Defendant was not the treating physician for that condition. Accordingly, summary judgment for Dr. Mitchell is mandated.

     **IT IS THEREFORE ORDERED** that Defendant Mitchell's amended motion for summary judgment is granted (d/e 37). The Clerk of the court is directed to enter judgment in favor of the defendant and against the plaintiff pursuant to Fed. R. Civ. P. 56. The case is terminated, parties are to bear their own costs.

**Entered This 5th Day of December, 2006.**

                                                     s\Harold A. Baker

                                                 **Harold A. Baker**
                                                 **U.S. District Judge**